UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PRINCESS DEBBIE ALAVA,

                                Plaintiff,

    - against -

AMY LAMANNA, et al.,

                              Defendants.
-------------------------------------------------------------x

**ORDER**

No. 20-CV-10276 (CS)

Seibel, J.

      On January 24, 2024, I issued a bench ruling at which, for the reasons stated on the record, I granted Defendants' motion to dismiss except as to Plaintiff's failure to protect claims against Defendants Borres and Chin.  (*See* Minute Entry dated Jan. 24, 2024.)  I also entered a scheduling order setting certain discovery deadlines, a copy of which will be mailed to Plaintiff.  (*See* ECF No. 105.)  All parties must adhere to the deadlines set forth in that Order, the first of which is that they must make the disclosures required by Federal Rule of Civil Procedure 26(a)(1) no later than February 7, 2024.  (*See id.* at 1.)

      Notice of the January 24, 2024 in-person proceeding was mailed to Plaintiff on December 15, 2023.  On January 23, 2024, my Courtroom Deputy sent the parties an email reminder confirming that the bench ruling would proceed, in person, as scheduled.  Plaintiff never confirmed receipt of that email.  The following day, my Courtroom Deputy attempted to follow up with her by phone – using the phone number Plaintiff provided the Court – and received a message that the number was no longer in service.  Plaintiff did not appear at the bench ruling and has made no attempt to contact the Court with respect to her absence.

Accordingly, Plaintiff is hereby ORDERED to advise the Court in writing, no later than February 9, 2024, if she still intends to pursue this case, and if so, why she failed to appear at the January 24, 2024 proceeding.  If Plaintiff fails to respond by February 9, 2024, her case may be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated: January 25, 2024
       White Plains, New York

_____
    CATHY SEIBEL, U.S.D.J.