UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PRINCESS DEBBIE ALAVA,

                Plaintiff,               **ORDER ON MOTION
FOR SUMMARY JUDGMENT**

    - against -
                               No. 20-CV-10276 (CS)

AMY LAMANNA, *et al.*,

                Defendants.
--------------------------------------------------------------x

Seibel, J.

For the reasons set forth on the record at the February 17, 2026, conference, the

Defendants' motion for summary judgment, (ECF No. 137), is GRANTED in part and DENIED

in part.

**SO ORDERED.**

Dated: February 18, 2026
      White Plains, New York

_____
      CATHY SEIBEL, U.S.D.J.